# IN THE SUPREME COURT OF THE STATE OF NEVADA

LINDSEY SHARRON ANTEE,
                    Appellant,

vs.

BOBBY LEE ANTEE, A/K/A BOBBY
DEE ANTEE,
                    Respondent.

No. 81292

**FILED**

JUN 2 5 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a divorce decree entered in the district court's minute order of May 22, 2020. Eighth Judicial District Court, Family Court Division, Clark County; Rena G. Hughes, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that the district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order cannot be appealed). This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-23600

cc:    Hon. Rena G. Hughes, District Judge, Family Court Division
Lindsey Sharron Antee
Shumway Van
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A